UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT SANCHEZ,<br><br>    Petitioner,<br><br>    v.<br><br>LARRY SCRIBNER,<br><br>    Respondent. | Case No.:1:08-cv-01222-SAB (HC)<br><br>ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL<br><br>(ECF No. 33) |

On January 19, 2010, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 was denied on the merits and judgment was entered in favor of Respondent. (ECF No. 25.) In that order, the Court also declined to issue a certificate of appealability. (Id.)

On November 30, 2011, the United States Court of Appeal for the Ninth Circuit declined to grant a certificate of appealability. (ECF No. 32.)

Now pending before the Court is Petitioner's motion for the appointment of counsel filed on July 2, 2013.  Because judgment has been entered and the case is final, there is no basis to justify the appointment of counsel, and his motion must be denied.

IT IS SO ORDERED.

Dated:   **July 11, 2013**

_____
UNITED STATES MAGISTRATE JUDGE

1