1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

8

9

10

| | |
|---|---|
| ALBERT SANCHEZ, | )  Case No.:1:08-cv-01222-SAB (HC) |
| Petitioner, | )  ORDER DENYING AS MOOT PETITIONER'S MOTION FOR CERTIFICATE OF APPEALABILITY |
| v. | ) |
| LARRY SCRIBNER, | )  (ECF No. 28) |
| Respondent. | ) |

11

12

13

14

15

16

17    On January 19, 2010, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C.

18  § 2254 was denied and the Court declined to issue a certificate of appealability.  The United States

19  Court of Appeals for the Ninth Circuit declined Petitioner's request for a certificate of appealability on

20  November 30, 2011.

21    On February 1, 2010, Petitioner filed a motion for a certificate of appealabilty.  In light of the

22  fact the Court declined to issue a certificate of appealability in the final order dated January 19, 2010,

23  Petitioner's subsequent motion for a certificate of appealability is DENIED as MOOT.

24

25  IT IS SO ORDERED.

26

27    Dated:    **August 1, 2013**    _____

28                                                                UNITED STATES MAGISTRATE JUDGE

1